1
2
3
4

# IN THE UNITED STATES DISTRICT COURT

5

## FOR THE EASTERN DISTRICT OF CALIFORNIA

6
7

YOLANDA SALINAS,                                    CASE NO.  1:05-cv-01183 OWW TAG

8
                    Plaintiff,                      ORDER TO SHOW CAUSE WHY
                                                    ACTION SHOULD NOT BE DISMISSED
9                                                   FOR FAILURE TO PROSECUTE
10
          vs.

11
JO ANNE B. BARNHART,
Commissioner of Social Security,
12
                    Defendant.
13
_____/
14
15              Plaintiff Yolanda Salinas ("claimant" or "plaintiff"), represented by counsel, seeks judicial

16   review of an administrative decision denying her claim for disability benefits under the Social

17   Security Act ("Act").  Claimant filed her complaint on September 15, 2005.  (Doc. 2).  A Scheduling

18   Order issued on September 19, 2005.  (Doc. 7).  The Administrative Record was lodged with the

19   Court on February 28, 2006.  (Doc. 14).

20              Pursuant to the Scheduling Order, claimant was required to serve a letter brief upon the

21   Commissioner within 35 days after the lodging of the Administrative Record, the Commissioner was

22   required to serve her response to claimant's letter brief within 30 days thereafter, and the claimant

23   was required to file her opening brief with the Court within 30 days after the Commissioner's

24   response to claimant's letter brief.  (Doc. 7).  Claimant's opening brief should therefore have been

25   filed no later than June 5, 2006.  To date, however, claimant has not complied with the Scheduling

26   Order in this respect.

27              Therefore, claimant shall be ordered to show cause why this action should not be dismissed

28   for failure to prosecute.

1

1    Accordingly, the Court HEREBY ORDERS that, within twenty (20) days of the date of

2    service of this Order, claimant shall show cause, in writing, why this action should not be dismissed

3    for failure to prosecute.

4

5    IT IS SO ORDERED.

6    Dated:   **June 21, 2006**                                    **/s/ Theresa A. Goldner**
     **j6eb3d**                                                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28