1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9                             AT FRESNO

10 YOLANDA SALINAS            )
                              )   1:05-CV-1183 OWW TAG
11                            )
          Plaintiff,          )   STIPULATION AND ORDER TO DISMISS
12                            )
   vs.                        )
13                            )
   JO ANNE B. BARNHART,       )
14 Commissioner of Social     )
   Security,                  )
15                            )
          Defendant.          )
16 _____)

17

18     IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on September 15, 2005, on behalf of Plaintiff be dismissed.  After thorough

20 review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21 continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22 dismissal.

23     Dated: June 10, 2006          /s/ Gina Fazio

24                                   GINA FAZIO, ESQ.
                                     Attorney for Plaintiff
25
       Dated: June 26, 2006
26                                   MCGREGOR SCOTT
                                     United States Attorney
27
                                     By: /s/ Kristi C. Kapetan
28                                   (as authorized via facsimile)
                                     KRISTI C. KAPETAN
                                     Assistant U.S. Attorney

1  IT IS SO ORDERED.

2  **Dated:    June 27, 2006**              **/s/ Oliver W. Wanger**
   emm0d6                                    UNITED STATES DISTRICT JUDGE